UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roosevelt Erving,                                    File No. 26-cv-220 (ECT/SGE)

      Petitioner,

v.                                                   **ORDER ACCEPTING REPORT
                                                     AND RECOMMENDATION**

Jared Rardin, *Warden*,

      Respondent.

---

Magistrate Judge Shannon G. Elkins issued a Report and Recommendation on January 26, 2026. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. Petitioner Roosevelt Erving's Petition for a Writ of Habeas Corpus [ECF No. 1] is **DENIED**;

3. The action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 23, 2026                  s/ Eric C. Tostrud
                                          Eric C. Tostrud
                                          United States District Court